# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 30, 2015

Ms. Donna C. Peavler
Mr. Bryan Kyle Briscoe
Peavler Group, P.C.
2215 Westgate Plaza
Grapevine, TX 76051

Mr. Matthew J. Kita
P.O. Box 5119
Dallas, TX 75208-0000

    No. 12-10772    Randy Austin v. Kroger Texas, L.P.
                         USDC No. 3:11-CV-1169

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the appellant and appellee that the court has directed the filing of simultaneous Supplemental Letter Briefs addressing the Supreme Court of Texas' decision. The briefs are to be electronically filed on or before July 14, 2015 and are not to exceed 10 pages.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   /s/ Mary Stewart
                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

cc:
    Ms. Deborah Johnson Race
    Mr. Brian A. Sheguit